E. BRYAN WILSON
Acting United States Attorney

ALLISON M. O'LEARY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: allison.oleary@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:21-cr-00117-JMK-KFR |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | POSSESSION OF CONTROLLED |
| vs. | ) | SUBSTANCES WITH INTENT TO |
| | ) | DISTRIBUTE |
| CHARLES RASHID MALIK LEE, | ) | Vio. of 21 U.S.C. § 841(a)(1), |
| a/k/a "Cheese," | ) | (b)(1)(A), (b)(1)(B) |
| | ) | |
| Defendant. | ) | COUNT 2: |
| | ) | POSSESSION OF FIREARMS IN |
| | ) | FURTHERANCE OF DRUG |
| | ) | TRAFFICKING CRIME |
| | ) | Vio. of 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) | |
| | ) | COUNT 3: |
| | ) | FELON IN POSSESSION OF |
| | ) | FIREARMS AND AMMUNITION |
| | ) | Vio. of 18 U.S.C. §§ 922(g)(1) and |
| | ) | 924(a)(2) |
| | ) | |
| | ) | ENHANCED STATUTORY |
| | ) | PENALTIES ALLEGATION: |
| | ) | 21 U.S.C. § 841(b) |

| | ) CRIMINAL FORFEITURE |
| --- | --- |
| | ) ALLEGATION 1: |
| | )    21 U.S.C. § 853 and Rule 32.2(a) |
| | ) |
| | ) CRIMINAL FORFEITURE |
| | ) ALLEGATION 2 |
| | ) 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. |
| _____ | ) § 2461(c), and Fed. R. Crim. P. 32.2(a) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

On or about October 12, 2021, within the District of Alaska, the defendant, CHARLES RASHID MALIK LEE, a/k/a "Cheese," knowingly possessed controlled substances with intent to distribute, to wit: 50 grams or more of pure methamphetamine; 100 grams or more of a mixture and substance containing a detectible amount of heroin; and a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, or salts of isomers.

All of which is in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C).

## COUNT 2

On or about October 12, 2021, within the District of Alaska, the defendant, CHARLES RASHID MALIK LEE, a/k/a "Cheese," knowingly possessed firearms in furtherance of the drug trafficking crime charged in Count 1 of this Indictment, to wit: a Glock 30 .45 caliber semiautomatic pistol and a Ruger 9mm semiautomatic pistol.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 3

On or about October 12, 2021, within the District of Alaska, the defendant, CHARLES RASHID MALIK LEE, a/k/a/ "Cheese," knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms and ammunition, to wit:

1. A Glock 30 .45 caliber semiautomatic pistol;
2. A Ruger 9mm semiautomatic pistol; and
3. Associated ammunition.

## Convictions

| Conviction Date | Offense | Court | Case No. |
| --- | --- | --- | --- |
| March 18, 2019 | Misconduct Involving Weapons in the Third Degree | Superior Court for the State of Alaska | 3AN-18-06745CR |
| May 18, 2009 | Possession with Intent to Distribute a Controlled Substance | U.S. District Court for the District of Alaska | 3:08-cr-00006 |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## ENHANCED STATUTORY PENALTIES ALLEGATION

Before the defendant, CHARLES RASHID MALIK LEE, a/k/a "Cheese," committed the offense charged in Count 1 of this case, he had a final conviction in United States District Court for the District of Alaska case no. 3:08-cr-00006 for Possession with Intent to distribute a Controlled Substance, a felony drug offense, for which he served a

term of imprisonment of more than 12 months and for which he was released within 15 years of commencing the conduct charged in Count 1.

All pursuant to 21 U.S.C. § 841(b).

CRIMINAL FORFEITURE ALLEGATION 1

Upon conviction of Count 1 of this Indictment, the defendant, CHARLES RASHID MALIK LEE, a/k/a/ "Cheese," shall forfeit to the United States pursuant to 21 U.S.C. § 853(a)(1) and (a)(2) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

The property to be forfeited includes, but is not limited to, $167,000.00 in U.S. currency seized on October 12, 2021.

All pursuant to 21 U.S.C. § 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

CRIMINAL FORFEITURE ALLEGATION 2

Upon conviction for the offenses in violation of 18 U.S.C. §§ 922(g)(1) and 924 set forth in Counts 2-3 of this Indictment, the defendant CHARLES RASHID MALIK LEE, a/k/a/ "Cheese," shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) any firearms and ammunition used in knowing violation of the offense, including but not limited to:

1. A Glock 30 .45 caliber semiautomatic pistol, serial number NWX283;

2. A Ruger 9mm semiautomatic pistol, serial number 860-46446; and

3. Associated ammunition and firearms magazines.

All pursuant to 18 U.S.C. § 924(d)(a), 28 U.S.C. § 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Allison M. O'Leary
ALLISON M. O'LEARY
Assistant U.S. Attorney
United States of America


s/ Christina Sherman for
E. BRYAN WILSON
Acting United States Attorney
United States of America


DATE:     Dec 14, 2021